U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED
MONROE

FEB 1 2 2009

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| JAMES TERRY BREWSTER | CIVIL ACTION NO. 3:08CV~~1841~~ 1481 |
| VERSUS | JUDGE JAMES |
| WARDEN AVOYELLES CORR. CENTER | MAGISTRATE JUDGE HAYES |

CERTIFICATE OF APPEALABILITY

A final order having been filed in the above-captioned habeas case, the court, considering the record in this case and the requirements of 28 U.S.C. § 2253, hereby finds that:

✓   The certificate of appealability is DENIED because the applicant has failed to demonstrate a substantial showing of the denial of a constitutional right.

___   The certificate of appealability is GRANTED for the below reasons:

The applicant has made a substantial showing that the following issues constitute a denial of a constitutional right:

Signed at __Monroe__, Louisiana, this __12__ Day of __February__, 2009.

Robert G. James
UNITED STATES DISTRICT JUDGE